# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:16-cv-00086-RLV-DCK

|  |  |  |
|---|---|---|
| VIVIEN WAYNE BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NANCY A. BERRYHILL, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff Vivien Wayne Brooks's Motion for Summary Judgment (Doc. 9); Defendant Acting Commissioner Nancy A. Berryhill's Motion for Summary Judgment (Doc. 11); and the March 7, 2017 Memorandum and Recommendation ("M & R") of Magistrate Judge David C. Keesler (Doc. 13), to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B). In the M & R the Magistrate Judge recommended that Plaintiff Brooks's summary judgment motion be denied; that Defendant Berryhill's summary judgment motion be denied; and that the Commissioner's decision be vacated and this matter be remanded for further consideration. (Doc. 13 at 10). The M & R advised the parties of their right to object as well as the effect of failure to file a timely objection. (*Id*. at 10). Neither party filed an objection within the time allotted.

The Federal Magistrates Act requires a district court to "make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting 28 U.S.C. § 636(b)(1)) (emphases and brackets omitted). However, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but

instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id.* (internal quotation marks omitted). After a careful review of the record, including the briefs of the parties and the M & R, the Court has not found clear error. Accordingly, the Court hereby accepts the M & R and adopts it as the final decision of this Court for all purposes relating to this case.

**IT IS, THEREFORE, ORDERED THAT**

(1) The Memorandum and Report of the Magistrate Judge (Doc. 13) is **ADOPTED**;

(2) Plaintiff's Motion for Summary Judgment (Doc. 9) is **DENIED**[1];

(3) Defendant's Motion for Summary Judgment (Doc. 11) is **DENIED**;

(4) The Commissioner's decision is **VACATED**; and

(5) This matter is **REMANDED** under Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with this Order and with the Magistrate Judge's Memorandum and Recommendation (Doc. 13).

Signed: June 16, 2017

Richard L. Voorhees
United States District Judge

---

[1] Although this Court's order grants Plaintiff favorable relief in the form of a remand for further administrative proceedings, the M & R recommended that Plaintiff's Motion for Summary Judgment, which seeks judgment as a matter of law generally, be denied. (Doc. 13 at 10). Plaintiff has not objected to that recommendation.